**Order entered February 18, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00915-CV

## IN THE INTEREST OF Y.B., MINOR CHILD

**On Appeal from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-56973-2017**

### ORDER

Before the Court is appellant's February 12, 2022 motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief received February 16, 2022 filed as of the date of this order.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE